UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| BETTY JO SCHAEFER | ) | CASE NO. 18-10519-reg |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**ORDER APPROVING MOTION TO SUBSTITUTE COUNSEL**

This matter came before the Court on the Motion of Feiwell & Hannoy, P.C., to substitute the appearance of Randy C. Eyster for that of Susan M. Woolley as counsel for JPMorgan Chase Bank, National Association. And the Court, being duly advised and noting the request;

The Motion to Substitute Counsel is GRANTED.

SO ORDERED THIS _____ DAY OF _____, 2018.

_____
ROBERT E. GRANT, JUDGE
UNITED STATES BANKRUPTCY COURT

DISTRIBUTION:

Betty Jo Schaefer
Debtor
15333 Towne Gardens Ct
Huntertown, IN 46748

Steven J Glaser
Attorney at Law
132 E. Berry St
Fort Wayne, IN 46802

Martin E. Seifert
Trustee
444 East Main Street
Fort Wayne, IN 46802

Nancy J. Gargula
U.S. Trustee
100 East Wayne Street, 5th Floor
South Bend, IN 46601-2349

/s/ SUSAN M WOOLLEY
SUSAN M. WOOLLEY, Attorney No. 15000-64