UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:            )
                             )   Case No. 18-10519
BETTY JO SCHAEFER,           )   Chapter 7
                             )
        DEBTOR.              )

### Trustee's Application to Defer Fee for Motion for Authority to Sell Real Estate by Private Sale

The undersigned Trustee for the estate of the above-named Debtor, Betty Jo Schaefer, hereby represents that:

1. The Trustee has filed a Motion for Authority to Sell Real Estate by Private Sale, Free and Clear of Liens, and to Make Payment of Secured and Administrative Claim and Closing Costs ("Motion to Sell") with the Clerk of the United States Bankruptcy Court for the Northern District of Indiana and that the within estate is without requisite funds for payment of the required filing fees, to wit: $181.00;

2. The amount of money on deposit for the Debtor's estate is presently less than the requisite filing fee; and

3. The filing of the Motion to Sell is in the best interest of the estate.

**WHEREFORE**, Martin E. Seifert, Trustee, requests that the Court enter an order approving the filing of the above-entitled Motion to Sell without prepayment of the filing fee, and that said filing fee be deferred until conclusion of this case and the determination as to whether there is money in the estate.

**Respectfully submitted,**

CHAPTER 7 TRUSTEE
444 EAST MAIN STREET
FORT WAYNE, INDIANA 46802
TELEPHONE: (260) 426-0444
FAX: (260) 422-0274
EMAIL: mseifert@hallercolvin.com

BY:/s/ Martin E. Seifert
    MARTIN E. SEIFERT
    I.D. #16857-02

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Trustee's Application to Defer Fee for Filing Motion to Sell Real Estate by Private Sale has been sent by first class United States mail, postage prepaid, or electronically by the Court's electronic case filing system, this 15th day of May, 2019, to:

>Steven J. Glaser, Esq.
>Glaser & Ebbs
>132 East Berry Street
>Fort Wayne, Indiana 46802

>United States Trustee
>555 One Michiana Square
>100 East Wayne Street
>South Bend, Indiana 46601

      /s/ Martin E. Seifert
   **MARTIN E. SEIFERT**